AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

JOSHUA WAYNE WHITE,

    Petitioner,  JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:07-cv-00184-BES-VPC**

E.K. MCDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' #8 Motion to Dismiss is GRANTED. This action is DISMISSED.

    May 22, 2008      **LANCE S. WILSON**
    Clerk

    /s/ Kalani Lizares
    Deputy Clerk